AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Federal Election Commission

**SUMMONS IN A CIVIL CASE**

V.

Jamie Jacob Morgan

Case: 1:07-cv-02196
Assigned To : Friedman, Paul L.
Assign. Date : 12/05/2007
Description: General Civil

TO: (Name and address of Defendant)

Jamie Jacob Morgan
28 Oriole Road
Pontiac, MI 48341

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steve N. Hajjar
Federal Election Commission
999 E. Street, NW
Washington, DC 20463
Tel: (202) 694-1650
Fax: (202) 219-0260

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 13 2008

CLERK                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/28/08 @ 9:30 am |
| NAME OF SERVER (PRINT)<br>Brian P Deal | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 9595 Bartel Columbus MI
w/m, 35yrs, 5'10", 200 lbs, Blk hair

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/28/08
            Date                  Signature of Server

70047 Natures Way Richmond MI 48062
Address of Server

SUZANNE M. GLENFIELD
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF CASS
MY COMMISSION EXPIRES Jul...
ACTING IN THE COUNTY OF...

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL ELECTION COMMISSION,  )<br>　　　　　　　　　　　　　　　　　　)<br>　　　Plaintiff,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>JAMIE JACOB MORGAN,　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　Defendant.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　) | Civ. No. 07-2196<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April, 2008, I sent by first-class mail and electronic mail a copy of this Summons and Return of Service to Jamie Jacob Morgan, Defendant in the above captioned case, at the following respective addresses:

9595 Bartel Road
Columbus, MI 48063

jamiemorgan13@yahoo.com

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Steve N. Hajjar
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　Federal Election Commission
　　　　　　　　　　　　　　　　　　　　　　　　　999 E Street, NW
　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20463
　　　　　　　　　　　　　　　　　　　　　　　　　(202) 694-1650

April 25, 2008