CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Federal Election Commission
  Plaintiff(s)

vs.                                                                           Civil Action No. 07-2196

Jamie Jacob Morgan
  Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __15th__ day of __May__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Jamie Jacob Morgan was [were] (select one):

☑ personally served with process on __March 28, 2008__.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

Attorney for Plaintiff(s) [signature]

Steve N. Hajjar,
999 E Street, NW
Washington DC 20463
202-694-1650

Bar Id. Number                                                                 Name, Address and Telephone Number

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL ELECTION COMMISSION,<br><br>　Plaintiff,<br><br>　v.<br><br>JAMIE JACOB MORGAN,<br><br>　Defendant. | )<br>)<br>)　Civ. No. 07-2196<br>)<br>)<br>)　CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>) |

　　I hereby certify that on the 15th day of May, 2008, I served defendant Jamie Morgan with a copy of the Federal Election Commission's Affidavit in Support of Default. This filing was served by first-class mail and email at the following respective addresses:

　　　　Jamie J. Morgan
　　　　9595 Bartel Road
　　　　Columbus, MI 48063

　　　　jamiemorgan13@yahoo.com

　　　　　　　　　　　　　　　　/s/ Steve N. Hajjar
　　　　　　　　　　　　　　　Steve N. Hajjar
　　　　　　　　　　　　　　　Attorney

　　　　　　　　　　　　　　　FOR THE PLAINTIFF
　　　　　　　　　　　　　　　FEDERAL ELECTION COMMISSION
　　　　　　　　　　　　　　　999 E Street, N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20463
May 15, 2008　　　　　　　　　(202) 694-1650