Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FEDERAL ELECTION COMMISSION

    Plaintiff(s)

    v.

Civil Action No. 07-2196 PLF

JAMIE JACOB MORGAN

    Defendant(s)

RE: DEFENDANT, JAMIE JACOB MORGAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 3/28/0/ , and an affidavit on behalf of the plaintiff having been filed, it is this 16th day of May, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis

Deputy Clerk