Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LIFTED RESEARCH GROUP, INC.

    Plaintiff(s)

    v.

Civil Action No. 08-390 CKK

BEHDAD, INC. ET AL.,

    Defendant(s)

RE: DEFENDANT: BEHDAD, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 3/20/08, and an affidavit on behalf of the plaintiff having been filed, it is this 16th day of May, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
    Deputy Clerk