UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
FEDERAL ELECTION COMMISSION,        )
                                    )
       Plaintiff,                   )
                                    )
       v.                           )   Civil Action No. 07-2196   (PLF)
                                    )
JAMIE JACOB MORGAN,                 )
                                    )
       Defendant.                   )
_____ )


ORDER

Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant on March 28, 2008. An affidavit of said service has been filed with the Court. On May 16, 2008, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant is in default for failure to plead or otherwise defend this action. Plaintiff has not yet filed a motion for entry of default judgment. Accordingly, it is hereby

ORDERED that plaintiff shall file a motion for entry of default judgment on or before May 28, 2008.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 22, 2008