UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
FEDERAL ELECTION COMMISSION,        )
                                    )
       Plaintiff,                   )
                                    )
   v.                              )   Civil Action No. 07-2196   (PLF)
                                    )
JAMIE JACOB MORGAN,                 )
                                    )
       Defendant.                   )
_____)

ORDER

       The Court has before it plaintiff's motion for entry of judgment by default. Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant on March 28, 2008. An affidavit of said service has been filed with the Court. On May 16, 2008, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant – who is not an infant or incompetent person – is in default for failure to plead or otherwise defend this action. Plaintiff seeks (1) certain declaratory and injunctive relief; (2) an order compelling defendant to pay $60,000 in satisfaction of a civil penalty that defendant agreed to pay; and (3) interest on the amount due until the civil penalty is paid in full. See Complaint at 4. Upon consideration of the foregoing, it is hereby

       ORDERED that defendant show cause by July 7, 2008 why the Court should not enter a default judgment in favor of the plaintiff.

       SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 17, 2008