UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

No such resident at this address

NIXIE    483    DE 1    00    07/01/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 20001289999    *2231-14494-23-42*

JUL - 7 2008
Nancy Mayer Whittington
US District Court, District

UNITED STATES POSTAGE
$ 00.42⁰
JUN 20 2008
MAILED FROM ZIPCODE 20001
PITNEY BOWES

Jamie Jacob Morgan
28 Oriole Road
Pontiac, MI 48341



DCD_ECFNotice@dcd.uscourts.gov
06/17/2008 03:15 PM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:07-cv-02196-PLF FEDERAL ELECTION COMMISSION v. MORGAN Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 6/17/2008 at 3:15 PM and filed on 6/17/2008
**Case Name:**          FEDERAL ELECTION COMMISSION v. MORGAN
**Case Number:**        1:07-cv-2196
**Filer:**
**Document Number:**    9

Docket Text:
**ORDER that defendant show cause by July 7, 2008 why the court should not enter a default judgment in favor of the plaintiff. Signed by Judge Paul L. Friedman on June 17, 2008. (MA)**

**1:07-cv-2196 Notice has been electronically mailed to:**

Steve Nicholas Hajjar  shajjar@fec.gov, dkolker@fec.gov, sgarr@fec.gov

David Brett Kolker  dkolker@fec.gov, sgarr@fec.gov, vgraham@fec.gov

Kevin Deeley  kdeeley@fec.gov, dkolker@fec.gov, sgarr@fec.gov, vgraham@fec.gov

**1:07-cv-2196 Notice will be delivered by other means to::**

Thomasenia P. Duncan

FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, DC 20463

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\FRIEDMAN\ECF\07-2196.def.show.cause.default.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/17/2008] [FileNumber=1826633-0]
[a035750884f635aff1e0034f4236880d9dff2b6583ea4283b67e82d1db74feb26ebe
57b548da7728efed4ae37285d5ac74023a4915bd36d3c8891c4587e1dd6d]]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2196   (PLF) |
| | ) | |
| JAMIE JACOB MORGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court has before it plaintiff's motion for entry of judgment by default. Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant on March 28, 2008. An affidavit of said service has been filed with the Court. On May 16, 2008, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant -- who is not an infant or incompetent person -- is in default for failure to plead or otherwise defend this action. Plaintiff seeks (1) certain declaratory and injunctive relief; (2) an order compelling defendant to pay $60,000 in satisfaction of a civil penalty that defendant agreed to pay; and (3) interest on the amount due until the civil penalty is paid in full. See Complaint at 4. Upon consideration of the foregoing, it is hereby

ORDERED that defendant show cause by July 7, 2008 why the Court should not enter a default judgment in favor of the plaintiff.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 17, 2008