UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2196  (PLF) |
| | ) | |
| JAMIE JACOB MORGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

The Court has before it plaintiff's motion for entry of judgment by default. Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant on March 28, 2008.  An affidavit of said service has been filed with the Court.  On May 16, 2008, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant – who is not an infant or incompetent person – is in default for failure to plead or otherwise defend this action.  Plaintiff seeks (1) certain declaratory and injunctive relief; (2) an order compelling defendant to pay $60,000 in satisfaction of a civil penalty that defendant agreed to pay; and (3) interest on the amount due until the civil penalty is paid in full.  See Complaint at 4.

On June 17, 2008, this Court issued an Order requiring defendant to show cause by July 7, 2008 why the Court should not enter a default judgment in favor of the plaintiff.  As defendant has yet to enter an appearance in this matter, that Order was mailed to the address for defendant listed in plaintiff's complaint.  On July 7, 2008, that Order was returned to the Court as

undeliverable. It appears that defendant's new address is listed on page 5 of the plaintiff's motion for entry of default judgment. The Court will therefore vacate its prior Order to show cause, and mail this Order to show cause to defendant's new address. Accordingly, it is hereby

ORDERED that the Court's June 17, 2008 Order to show cause is hereby VACATED; and it is

ORDERED that defendant show cause by August 8, 2008 why the Court should not enter a default judgment in favor of the plaintiff.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 22, 2008